[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11967

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

DONOVAN EXUME,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:21-cr-60268-WPD-1

_____

2                     Opinion of the Court                  22-11967

Before BRANCH, GRANT, and ANDERSON, Circuit Judges.

PER CURIAM:

Donovan Exume appeals his 181-month total sentence for carjacking, brandishing a firearm in furtherance of a crime of violence, attempted Hobbs Act robbery, and attempted carjacking. The government has filed a motion to dismiss Exume's appeal based on the sentence appeal waiver in his plea agreement.

Exume's appeal waiver is enforceable, as the record shows that he knowingly and voluntarily waived his right to appeal and none of the waiver exceptions apply. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993). The Government's motion to dismiss this appeal pursuant to the appeal waiver in Exume's plea agreement is therefore GRANTED.